1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

SCOTT CARROLL BOLTON,

Plaintiff,

v.

STATE OF WASHINGTON,
DEPARTMENT OF CORRECTIONS,
OLYMPIC CORRECTIONS CENTER,
WASHINGTON STATE CORRECTIONS
CENTER, SERGEANT MATE, JANICE
PRICE, SUE GIBBS, JOHN ALDANA,
TRACY HIXON, DON EARLS, and CHAD
LEE,

Defendants.

No. C12-5658 BHS/KLS

ORDER DENYING MOTION FOR
SUMMONS

7

8

9

10

11

12

13

14

15

Before the Court is Plaintiff's Motion for Order Directing the Court to Issue Summons.

16

ECF No. 7.  On August 7, 2012, Plaintiff was advised that this Court will not direct service of his

17

complaint because it is deficient.  ECF No. 6.  Plaintiff was ordered to amend his complaint or

18

show cause why his complaint should not be dismissed for failure to state a claim.  *Id.*  He has

19

until September 7, 2012 to respond to the Court's Order.

20

Accordingly, it is **ORDERED:**

21

Plaintiff's Motion for Summons (ECF No. 7) is **DENIED.**

22

**DATED** this   29th   day of August, 2012.

23

24

25

Karen L. Strombom
United States Magistrate Judge

26

ORDER - 1