UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT CARROLL BOLTON,<br><br>                    Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, OLYMPIC CORRECTIONS CENTER, WASHINGTON STATE CORRECTIONS CENTER, SERGEANT MATE, JANICE PRICE, SUE GIBBS, JOHN ALDANA, TRACY HIXON, DON EARLS, and CHAD LEE,<br><br>                    Defendants. | No. C12-5658 BHS/KLS<br><br>ORDER DENYING MOTION FOR SUMMONS |

Before the Court is Plaintiff's Motion for Order Directing the Court to Issue Summons. ECF No. 7. On August 7, 2012, Plaintiff was advised that this Court will not direct service of his complaint because it is deficient. ECF No. 6. Plaintiff was ordered to amend his complaint or show cause why his complaint should not be dismissed for failure to state a claim. *Id.* He has until September 7, 2012 to respond to the Court's Order.

Accordingly, it is **ORDERED:**

Plaintiff's Motion for Summons (ECF No. 7) is **DENIED.**

**DATED** this   29th   day of August, 2012.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1