# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SCOTT CARROLL BOLTON,<br><br>               Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, OLYMPIC CORRECTIONS CENTER, WASHINGTON STATE CORRECTIONS CENTER, SERGEANT MATE, JANICE PRICE, SUE GIBBS, JOHN ALDANA, TRACY HIXON, DON EARLS, and CHAD LEE,<br><br>               Defendants. | No. C12-5658 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated December 18, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's Order. ECF No. 35. Plaintiff was given a deadline to amend or show cause by January 11, 2013. *Id.* On January 14, 2013, Plaintiff filed a motion for extension of time. ECF No. 36. He states that the Court's mail has been delayed because it was sent to the wrong address even though he has informed the Court of his new address on two occasions. He also states that he has limited access to the law library. Plaintiff has not previously informed the Court of his new address. However, the address change has been noted by the Clerk.

On January 16, 2013, the Court received numerous documents from Plaintiff. It is assumed that this is Plaintiff's response to the Court's Order. ECF No. 38. The Court will review these documents to determine if Plaintiff has stated a viable cause of action. No further extension shall be granted. This case has been on file since July 24, 2012, and Plaintiff has been given ample opportunities to file a viable complaint.

ORDER - 1

While the Court is determining whether Plaintiff has filed a viable complaint, he is again instructed that he should refrain from filing further documents or motions.

Accordingly, it is **ORDERED:**

(1)  Plaintiff's motion for extension of time (ECF No. 36) is **GRANTED**.  The documents filed at ECF No. 38 shall be accepted as Plaintiff's timely response to the Court's Order (ECF No. 35).  **No further extensions shall be granted.  Plaintiff shall file nothing further until this Court can determine whether he has filed a viable complaint.**

(2)  The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 24th day of January, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2