UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT CARROLL BOLTON,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

CASE NO. C12-5658 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 43. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Plaintiff's motion to dismiss pursuant to Rule 41(a)(1) is **GRANTED,** this action is **dismissed without prejudice**, and the dismissal is counted as a "strike" under 28 U.S.C. § 1915(g).

(3)    All pending motions, including Dkts. 13 and 17, are **DENIED as moot**.

Dated this 20th day March, 2013.

                                                      BENJAMIN H. SETTLE
                                                      United States District Judge

ORDER